UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY ) <br> COMPANY OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> V. MATHEW SHARPE, STEPHANIE ) <br> SHARPE, and NATALIE COOPER ) <br> ) <br> Defendants. ) | No. 2:10-CV-224 <br><br> Chief Judge Curtis L. Collier |

## **O R D E R**

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") filed a motion for default judgment against Defendants V. Mathew Sharpe, Stephanie Sharpe, and Natalie Cooper ("Defendants") (Court File No. 9), which the Court referred to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) to conduct an evidentiary hearing (Court File No. 11). In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, Judge Lee filed her report and recommendation recommending that Travelers' be awarded judgment against Defendants, jointly and severally, in the amount of $2,803,932.23 (Court File No. 14). None of the parties filed objections within the given fourteen days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to Section 636(b)(1) and Rule 72(b).

Accordingly, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the Court will set forth a separate document entering judgment in favor of Plaintiff against Defendants.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**